UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L.L.,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 8:20-cv-02405-CJC-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings.

Dated: April 11, 2023

                                          HONORABLE CORMAC J. CARNEY
                                          United States District Judge